IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AARON MCKINNEY                                                              PLAINTIFF

VS.                                          CIVIL ACTION NO.  5:12-cv-135-DCB-MTP

RAYMOND BYRD, ET AL.                                                       DEFENDANTS

### ORDER

    This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court. The relief requested by the Plaintiff in his complaint has been granted and the claim he wishes to add against SMCI is not ripe.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the Plaintiff's complaint is dismissed as moot. A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the __21st__ day of August, 2013.

                                                 s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE