```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

AARON McKINNEY                                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:12-cv-135(DCB)(MTP)

RAYMOND BYRD, et al.                                   DEFENDANTS

## ORDER

This cause is before the Court on the plaintiff's Objection to Report and Recommendations (docket entry 27). A final judgment was rendered in this case on August 21, 2013, and the case was closed. The plaintiff's objections are untimely. Furthermore, the plaintiff is complaining about prison conditions at South Mississippi Correctional Institute ("SMCI") in Leakesville, Mississippi, to which he was transferred subsequent to the filing of his case against Raymond Byrd, Warden at Wilkinson County Correctional Facility, et al. In order to pursue his claims against SMCI, the plaintiff must file a new Compliant under a new cause number. Accordingly,

IT IS HEREBY ORDERED that if the plaintiff wishes to pursue his claims against SMCI, he must do so in a separate action unrelated to this case, as this case has been closed.

SO ORDERED, this the 1st day of October, 2014.


                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE